## 39566. THE STATE v. STRICKLAND.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore

vacated.

*All the Justices concur, except Marshall, P. J., Gregory and Weltner, JJ., who dissent.*

DECIDED APRIL 6, 1983.

*J. Brown Moseley, District Attorney, W. Paul Fryer, Assistant District Attorney,* for appellant.
*George C. Floyd,* for appellee.